# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ROBERT CIUFFI                                    CIVIL ACTION

VERSUS                                           NO: 09-3042-HGB-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 11) is granted and the motion of the plaintiff, Robert Ciuffi, for summary judgment (Rec. doc. 9) is denied.

New Orleans, Louisiana, this 25 day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE